UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 4:01-cr-21-03-RLY-MGN |
| | ) | |
| JOSHUA CONLEY | ) | |
| | ) | |
| Defendant | ) | |

**ORDER APPROVING AND ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

The Court, having considered the Magistrate Judge's Report and Recommendation dated April 2, 2010, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant's supervised release is REVOKED.  The defendant is committed to the Bureau of Prisons to serve a term of imprisonment of nine (9) months.  Following the nine-month term of imprisonment, the defendant shall be placed on supervised release for a period of forty-five (45) months.

Date:   04/13/2010

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Copies to:

Barry Glickman
barry.glickman@usdoj.gov

David S. Mejia
dmejia@600westmain.com

U.S. Marshal

U.S. Probation